IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY JOHN VENERI, JR., | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-CV-4383 |
| | : | |
| SUPEERINTENDENT MELISSA HAINSWORTH, | : : | |
| Respondent. | : | |

## ORDER

AND NOW, this **12th** day of **November**, **2020**, upon consideration of Plaintiff Anthony John Veneri, Jr.'s Motion to Proceed *In Forma Pauperis* (ECF No. 4), *pro se* Petition for a Writ of Mandamus (ECF No. 1), and "Petition[s] for Modification of Sentence/Nunc-Pro-Tunc" (ECF Nos. 5 & 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Petition for a Writ of Mandamus is **DEEMED** filed.

3. The Petition for a Writ of Mandamus is **DISMISSED WITH PREJUDICE** as frivolous for the reasons in the Court's Memorandum.

4. The "Petition[s] for Modification of Sentence/Nunc-Pro-Tunc" are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

5. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**